UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARIAN MAURICE WRIGHT,

    Plaintiff,

v.                                               Case No. 3:24cv279-LC-HTC

TRISTEN LINER, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 30, 2024 (ECF No. 10), recommending this case be DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for Plaintiff's abuse of the judicial process by failing to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for Plaintiff's abuse of the judicial process by failing to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 3rd day of September, 2024.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**